JEWETT ET AL., APPELLEES, *v.* OUR LADY OF MERCY HOSPITAL OF MARIEMONT; FROEHLICH ET AL., APPELLANTS.

[Cite as *Jewett v. Our Lady of Mercy Hosp. of Mariemont* (1993), 66 Ohio St.3d 1217.]

(No. 92–462—Submitted March 9, 1993—Decided April 14, 1993.)

*Lindhorst & Dreidame* and *Michael F. Lyon,* for appellees.

1218

*Jacobson, Maynard, Tuschman & Kalur, Janis L. Small* and *James P. Triona,* for appellants.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.